■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GAMBALE, Also Known as JOSEPH GAMBALI, Appellant. —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Huttner, J.), rendered September 22, 1986, convicting him of robbery in the second degree and criminal possession of a hypodermic instrument, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it

was legally sufficient to establish the defendant's guilt of robbery in the second degree beyond a reasonable doubt.

We have reviewed the defendant's remaining argument and find it to be without merit *(see,* Penal Law § 70.08 [3] [b]; *People v Morse,* 62 NY2d 205; *People v Suitte,* 90 AD2d 80). Mangano, J. P., Thompson, Spatt and Rosenblatt, JJ., concur.